otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY,.as Receiver of the Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS, Respondent. CATHLEEN HARRIET MYERS and MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant, etc., Appellants, and Others, Defendants.— Motion for reargument of motion denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of the Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS and Others, Defendants. CATHLEEN HARRIET MYERS and MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant under the Age of Fourteen Years, Appellants.— Motion for reargument of appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of the Real and Personal Property of HENRY J. MYERS, Plaintiffs, v. HENRY J. MYERS, Respondent. CATHLEEN HARRIET MYERS and MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant under the Age of Fourteen Years, Appellants, and Others, Defendants.— Motion for reargument of appeal determined by order of December 21, 1928, denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. McCULLOUGH, Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COMPANY, Respondents.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF, Appellant. BENJAMIN LIBOFF, Appellant; PERCY R. BURTNETT, Receiver, Appellant; ABRAHAM MILES, Appellant; SHAPIRO & PLAKS and CAPITOL PAINT & VARNISH WORKS, INC., Appellants. MILTON HERTZ, Referee.— Motion to stay referee granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JACOB SCHWARTZ, Respondent, v. MAX FELDMAN, Appellant. — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BERTHA SMITH, as Administratrix, etc., of GEORGE M. °SMITH, Deceased, Respondent, v. CLARA N. BOCKHORST, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FRANK STELLA and MYRTLE STELLA, Appellants, v. EDWARD GREENWOOD and FIDELITY AND DEPOSIT COMPANY of MARYLAND, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MAX STERN and HERMAN WEÏSS, Respondents, v. VITO DeMARZO and ANNA DeMARZO, Appellants. ROBERT PIERRI and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for February 11, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

F. E. TAGLIABUE, Respondent, v. KATHERINE H. BROWN, Defendant, and